07-0581-cv
Maloney v. Cuomo

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 13th day of August, two thousand ten.

Present:    ROSEMARY S. POOLER,
            ROBERT A. KATZMANN,
                        *Circuit Judges.*[*]

_____

JAMES M. MALONEY,

                    *Plaintiff-Appellant,*

            - v -                              No. 07-0581-cv

ANDREW CUOMO, in his official capacity as Attorney General
of the State of New York, DAVID PATERSON, in his official capacity as
Governor of the State of New York, Kathleen A. Rice, in her official capacity
as District Attorney of the County of Nassau, and their successors,

                    *Defendants-Appellees.*

_____

For Plaintiff-Appellant:                    JAMES M. MALONEY, appearing *pro se*, Port
                                            Washington, N.Y.

_____

[*] The Honorable Sonia Sotomayor, originally a member of this panel, was elevated to the Supreme Court on August 8, 2009. The remaining two panel members, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); Second Circuit Internal Operating Procedure E(b); *United States v. DeSimone*, 140 F.3d 457, 458-59 (2d Cir. 1998).

For Defendant-Appellee Kathleen A. Rice:    KAREN HUTSON, Deputy County Attorney (Lorna B. Goodman, County Attorney, *on the brief*), Nassau County District Attorney, Mineola, N.Y.

On remand from the Supreme Court of the United States.

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment be **VACATED** and the cause be **REMANDED** to the United States District Court for the Eastern District of New York for further proceedings consistent with the opinion of the Supreme Court of the United States.

After our decision in *Maloney v. Cuomo*, 554 F.3d 56 (2d Cir. 2009) (per curiam), plaintiff James M. Maloney petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari, vacated the decision of this Court, and remanded the case for further consideration in light of *McDonald v. Chicago*, 561 U.S. __ (June 28, 2010).

We now **VACATE** the judgment of the district court and **REMAND** for further proceedings consistent with the opinion of the Supreme Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK

2